UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                      Case No. 8:05-CR-142-T-30EAJ

RUBY SAUNDERS
_____/

O R D E R

Before the Court is Defendant's Motion to Terminate Supervised Release (D-180). The Government and the United States Probation Office do not oppose Defendant's request for early termination of Defendant's imposed term of supervised release.

Upon consideration of this matter, the Court finds that the requested relief is appropriate.

Accordingly, it is ORDERED:

1)   Defendant's Motion to Terminate Supervised Release (D-180) is GRANTED. Defendant's remaining term of supervised release is hereby TERMINATED.

DONE AND ORDERED at Tampa, Florida this _19th_ day of November, 2015.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE